IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEANDRE D. CURRINGTON, AIS 269990, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 1:23-CV-157-RAH |
| SCOTT SOLTYS, | ) ) | |
| Defendant. | ) ) | |

**O R D E R**

On June 1, 2023, the Magistrate Judge entered a Recommendation that Plaintiff DeAndre D. Currington's §1983 action should be dismissed without prejudice as malicious pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 12.) Specifically, the Magistrate Judge found Plaintiff failed to disclose that he has a case with identical claims against the same defendant currently pending in this Court. (*Id.*) In his Objections, Plaintiff does not dispute that the cases are identical. (Doc. 13.)

After careful review and consideration of the Objections, and upon independent review of the Recommendation of the Magistrate Judge and the docket, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 12) is ADOPTED.

2. The Objections (Doc. 13) are OVERRULED.

3. This case is DISMISSED without prejudice.

DONE, on this the 23rd day of June 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE